SARA M. THORPE (SBN: 146529)
GIOVANNA A. FERRARI (SBN: 229871)
GORDON & REES LLP
Embarcadero Center West
275 Battery Street, Suite 2000
San Francisco, CA 94111
Telephone: (415) 986-5900
Facsimile: (415) 986-8054

MITCHELL A. ORPETT – *Pro Hac Vice*
H. WESLEY SUNU – *Pro Hac Vice*
TRIBLER ORPETT & MEYER, P.C.
225 West Washington Street, Suite 1300
Chicago, IL 60606-3408
Telephone: (312) 201-6400
Facsimile: (312) 201-6401

Attorneys For Plaintiff,
AMERICAN MOTORISTS INSURANCE COMPANY,
as successor-in-interest to Specialty National
Insurance Company

BRUCE H. WINKELMAN (SBN 124455)
JENNIFER L. ELOWSKY (SBN 230739)
CRAIG & WINKELMAN LLP
2150 Shattuck Avenue, Suite 1220
Berkeley, California 94704
Telephone: (510) 549-3330
Facsimile: (510) 217-5894

Attorneys for Defendant
AMERICAN RE-INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN MOTORISTS INSURANCE COMPANY, an Illinois corporation, as successor-in-interest to Specialty National Insurance Company, an Illinois corporation,<br><br>Plaintiff<br><br>v.<br><br>AMERICAN RE-INSURANCE COMPANY, a Delaware corporation,<br><br>Defendant. | CASE NO. C05-5202 CW<br><br>**STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS**<br><br>**ADR CERTIFICATION**<br><br>Hon. Claudia Wilken<br><br>Complaint filed: Dec. 15, 2005<br>2nd Am. Complaint filed: Feb. 3, 2006 |

1

STIPULATION AND ORDER SELECTING ADR PROCESS/ADR CERTIFICATION    CASE NO.: C05-5202 CW

The parties stipulate to participate in the following ADR process:

**Private Process:**

The parties stipulate to participate in private process mediation to be provided either ARIAS-US or JAMS before a mediator with sufficient expertise in the subject areas of insurance and reinsurance.

Dated: April 7, 2006.                TRIBLER ORPETT & MEYER, P.C.

By_____
    Mitchell A. Orpett
Attorneys for Plaintiff,
AMERICAN MOTORISTS INSURANCE COMPANY, as successor-in-interest to Specialty National Insurance Company

Dated: April 7, 2006.                CRAIG & WINKELMAN, LLP

By_____
    Bruce H. Winkelman
Attorneys for Defendant
AMERICAN RE-INSURANCE COMPANY

**IT IS SO ORDERED:**   Private mediation to be held by July 17, 2006.

Dated: __4/18/06_____       _____
                                         CLAUDIA WILKEN
                                         UNITED STATES DISTRICT JUDGE



IT IS SO ORDERED AS MODIFIED
Judge Claudia Wilken

SIGNATURE AND CERTIFICATION BY PARTIES AND LEAD TRIAL COUNSEL

Pursuant to Civ. L.R. 16 and ADR L.R. 3-5(b), each of the undersigned certifies that he or she has read either the handbook entitled "Dispute Resolution Procedures in the Northern District of California," or the specified portions of the ADR Unit's Internet site, www.adr.cand.uscourts.gov, discussed the available dispute resolution options provided by the court and private entities, and considered whether this case might benefit from any of them.

Dated: April 7, 2006          /s/_____

On behalf of plaintiff AMICO, as successor-in-interest to Specialty National Insurance Company.

Dated: April 7, 2006          /s/_____

Counsel for plaintiff AMICO, as successor-in-interest to Specialty National Insurance Company.

Dated: April 7, 2006          /s/_____

On behalf of defendant American Re-Insurance Company.

Dated: April 7, 2006          /s/_____

Counsel for defendant American Re-Insurance Company.