BRUCE H. WINKELMAN (SBN 124455)
CRAIG & WINKELMAN LLP
2150 Shattuck Avenue, Suite 1220
Berkeley, California 94704
Telephone: (510) 549-3330
Facsimile: (510) 217-5894

Attorneys for Defendant
AMERICAN RE-INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN MOTORISTS INSURANCE COMPANY, an Illinois corporation, as successor-in-interest to Specialty National Insurance Company, an Illinois corporation,<br><br>    Plaintiff,<br><br>vs.<br><br>AMERICAN RE-INSURANCE COMPANY, a Delaware corporation,<br><br>    Defendants. | Case No: C05-5202 CW<br><br>**ORDER GRANTING**<br>**STIPULATED REQUEST FOR ORDER**<br>**CHANGING TIME PURSUANT TO**<br>**LOCAL RULE 6-2** |

    Pursuant to Local Rule 6-2, Stipulated Request For Order Changing Time, American Motorists Insurance Company and American Re-Insurance Company, through their counsel, hereby stipulate as follows:

    IT IS HEREBY STIPULATED BY AND BETWEEN THE PARTIES THROUGH THEIR COUNSEL OF RECORD THAT:

    1.    Fact discovery shall be completed by     <u>3/9/07</u>

    2.    Disclosure of identities and reports of expert witnesses shall be completed by     <u>4/6/07</u>

    3.    Expert witness rebuttal by     <u>5/4/07</u>

    4.    Expert witness discovery shall be completed by     <u>5/18/07</u>

 5. All case dispositive motions to be heard at 10:00 AM on
on or before                                              4/20/07

IT IS SO AGREED AND STIPULATED.

DATED: January 10, 2007        CRAIG & WINKELMAN LLP

                               By: _____
                                   Bruce H. Winkelman, Esq.
                                   Counsel for Defendant
                                   AMERICAN RE-INSURANCE COMPANY

DATED: January 10, 2007        TRIBLER, ORPETT & MEYER, P.C.

                               By: _____
                                   Mitchell A. Orpett, Esq.
                                   Counsel for Plaintiff
                                   AMERICAN MOTORIST INSURANCE COMPANY

PURSUANT TO STIPULATION, IT IS SO ORDERED

DATED: 1/12/07                 _____
                               Hon. Claudia Wilken
                               United States District Court

2
STIPULATED REQUEST FOR ORDER CHANGING TIME AND PROPOSED ORDER