IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN MOTORISTS INSURANCE COMPANY, an Illinois corporation,<br><br>    Plaintiff,<br><br>    v.<br><br>AMERICAN RE-INSURANCE COMPANY, a Delaware corporation,<br><br>    Defendant.<br>_____/ | No. C 05-5202 CW<br><br>AMENDED ORDER DENYING PLAINTIFF'S MOTION TO EXTEND DEADLINE FOR MOTIONS FOR SUMMARY JUDGMENT |

    Presently before the Court is Plaintiff's Local Rule 6-3 motion to extend the deadline for motions for summary judgment. Defendant opposes the motion, noting that today is the last day for filing a motion for summary judgment to be heard by the April 20 deadline. Defendant states that it is prepared to file its motion for summary judgment.

    Plaintiff does not set forth with particularity the type of information it expects to receive in the outstanding discovery to

1  support its motion for summary judgment. Accordingly, the Court
2  denies Plaintiff's Rule 6-3 motion.
3      Neither party addresses the Court's standing order, which
4  states that cross or counter-motions "shall be contained within the
5  opposition to any motion for summary judgment and shall conform
6  with Civil L.R. 7-3."  Defendant shall file its motion for summary
7  judgment today.  Plaintiff shall file a combined opposition and
8  cross-motion on March 30;  Defendant's opposition and reply will be
9  due on April 6; and Plaintiff's reply will be due on April 13.  The
10 matters will be heard on April 20, unless the Court takes them
11 under submission on the papers or continues the hearing date.
12     If Plaintiff can set forth with particularity the need for
13 specific information to file its opposition or cross-motion that it
14 cannot obtain by March 30, it may include in its March 30 filing a
15 motion for relief pursuant to Federal Rule of Civil Procedure
16 56(f).

    IT IS SO ORDERED.

Dated: March 16, 2007                    ___/s/ Claudia Wilken_____
                                         CLAUDIA WILKEN
                                         United States District Judge

2