| | |
|---|---|
| 1 | GORDON & REES LLP |
|   | Sara M. Thorpe (State Bar No. 146529) |
| 2 | Embarcadero Center West |
|   | 275 Battery Street, Suite 2000 |
| 3 | San Francisco, CA  94111 |
|   | Telephone: (415) 986-5900 |
| 4 | Facsimile:  (415) 986-8054 |

TRIBLER ORPETT & MEYER, P.C.
Mitchell A. Orpett (*Pro Hac Vice*)
H. Wesley Sunu (*Pro Hac Vice*)
225 W. Washington Street, Suite 1300
Chicago, IL  60606
Telephone:  (312) 201-6400
Facsimile:   (312) 201-6401

Attorneys for Plaintiff
AMERICAN MOTORISTS INSURANCE COMPANY,
as successor-in-interest to Specialty National Insurance Company

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN MOTORISTS INSURANCE COMPANY, an Illinois corporation, as successor-in-interest to Specialty National Insurance Company, an Illinois corporation,<br><br>    Plaintiff,<br><br>v.<br><br>AMERICAN RE-INSURANCE COMPANY, a Delaware corporation,<br><br>    Defendant. | No.  C 05-5202 CW<br><br>**ORDER GRANTING STIPULATED REQUEST CHANGING TIME PURSUANT TO LOCAL RULE 6-2** |

Pursuant to Local Rule 6-2, Stipulated Request for Order Changing Time, American Motorists Insurance Company and American Re-Insurance Company, through their counsel, hereby stipulate as follows:

IT IS HEREBY STIPULATED BY AND BETWEEN THE PARTIES THROUGH THEIR COUNSEL OF RECORD THAT:

1.     Disclosure of identities and reports of expert witnesses
        shall be completed by         06/22/07

NO. C 05-5202 CW, AMERICAN MOTORISTS INS. CO. V. AMERICAN RE-INSURANCE CO.:
Stipulated Request for Order Changing Time Pursuant to Local Rule 6-2

1

| | | | |
|---|---|---|---|
| 1 | 2. | Expert witness rebuttal by | 07/20/07 |
| 2 | 3. | Expert witness discovery shall be completed by | 08/03/07 |
| 3 | 4. | Final Pretrial Conference to be held on | 11/13/07 @ 2:00 P.M. |
| 4 | 5. | Jury Trial to begin | 11/26/07 |

IT IS SO AGREED AND STIPULATED.

Dated:_____        TRIBLER ORPETT & MEYER, P.C.

_____
Mitchell A. Orpett
Tribler Orpett & Meyer, P.C.
225 West Washington, Suite 1300
Chicago, Illinois 60606
312-201-6400
312-201-6401 (facsimile)
maorpett@tribler.com
Attorneys for American Motorists Ins. Co.

Dated:_____        CRAIG & WINKELMAN LLP

_____
Bruce H. Winkelman
Craig & Winkelman LLP
2150 Shattuck Avenue, Suite 1220
Berkeley, California 94704
510.549.3311
510.217.5894 (facsimile)
bwinkelman@craig-winkelman.com
Attorneys for American Re-Insurance Co.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 3/19/07

*(signature)*

_____
Hon. Claudia Wilken
United States District Court

NO. C 05-5202 CW, AMERICAN MOTORISTS INS. CO. V. AMERICAN RE-INSURANCE CO.:
Stipulated Request for Order Changing Time Pursuant to Local Rule 6-2

2