United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

AMERICAN MOTORISTS INSURANCE COMPANY,

Plaintiff,

v.

AMERICAN RE-INSURANCE COMPANY,

Defendant.

_______________________________________/

No. C-05-5202 CW (EMC)

**ORDER RE DISCOVERY DISPUTES**

Discovery disputes in the above-referenced case have been referred to the undersigned. Currently pending before the Court are seven discovery motions:

(1) Defendant's Motion for Protective Order for Deposition of Richard Murphy (Docket No. 31);

(2) Defendant's Motion for Protective Order and Motion to Quash (Docket No. 36);

(3) Plaintiff's Motion to Compel Richard Murphy to Appear for Deposition (Docket No. 46);

(4) Plaintiff's Motion for Order to Show Cause re Contempt for Refusal of Bruce Winkelman to Appear for Subpoenaed Deposition (Docket No. 50);

(5) Plaintiff's Motion to Determine Sufficiency of Responses (Docket No. 53);

(6) Plaintiff's Motion to Compel D to Provide Further Responses to Rogs and to Produce Documents (Docket No. 56); and

(7) Defendant's Motion to Compel Further Responses to Privilege Log and Answers to RFP, Set 2 (Docket No. 78).

United States District Court
For the Northern District of California

These motions are currently set for hearing on April 25, 2007.

The Court has reviewed the motions, and, based on the opening briefs, the Court questions the adequacy of the meet-and-confer discussions between the parties. The parties should have been able to resolve many of the disputes on their own, without the need for judicial intervention. Accordingly, the Court hereby orders that the parties further meet and confer regarding all seven motions above. The meet and confer must be conducted either in person or by telephone (an exchange of mail or e-mails is not sufficient), and lead trial counsel must participate.

**In lieu of any opposition or reply brief**, the parties shall file by April 6, 2007, a **joint letter** discussing the results of their meet and confer. The joint letter should reflect when the meet and confer took place, how long it lasted, and who participated. The joint letter should also inform the Court of the issues on which the parties were able to which agreement and the issues, if any, still in need of resolution. For each remaining dispute, the parties should provide brief statements in support of their respective positions, including citation to any applicable legal authority. The parties should use the attached template for their joint letter. The parties are forewarned that the Court will not look kindly upon unnecessary posturing by either party and that any party that takes a position that is not substantially justified will be subject to sanctions. The Court reserves the option to require a meet and confer at the courthouse with client representatives in attendance.

Finally, the Court orders that, for each and every future discovery dispute, there must be a good faith meet and confer conducted either in person or by telephone with the participation of lead trial counsel. If the meet and confer does not resolve the dispute, then, in lieu of full briefing, the parties shall submit a joint letter similar to that described above. The Court may order full briefing and/or a hearing if necessary.

IT IS SO ORDERED.

Dated: March 22, 2007

EDWARD M. CHEN
United States Magistrate Judge

United States District Court
For the Northern District of California

**JOINT LETTER TEMPLATE**

[Date]

<u>VIA [METHOD]</u>

Honorable Edward M. Chen
United States Magistrate Judge
U.S. District Court
450 Golden Gate Avenue
San Francisco, CA 94102

Re: [Case number and case name]

Dear Judge Chen:

The parties have met and conferred regarding several discovery disputes. The meet and confer took place on [date], with the participation of [Plaintiff's attorney], representing Plaintiff, and [Defendant's attorney], representing Defendant. The meet and confer was [in person or by telephone] and lasted approximately [minutes or hours].

## I. <u>RESOLVED DISCOVERY DISPUTES</u>

The parties reached agreement on several discovery disputes. Those agreements are as follows:

[Description of Agreement No. 1.]

[Description of Agreement No. 2.]

[Description of Agreement No. 3, etc.]

## II. <u>REMAINING DISCOVERY DISPUTES</u>

The parties were not able to reach agreement on the remaining discovery disputes. Those remaining disputes and the parties' respective positions are provided below. Copies of the relevant discovery requests and responses are attached as Exhibits [numbers].[1]

A. <u>[Dispute No. 1]</u>

1. [Position of Party Seeking Discovery][2]

2. [Position of Party Opposing Discovery]

B. <u>[Dispute No. 2]</u>

---

[1] Note for Counsel: Unnecessary exhibits should not be attached.

[2] Note for Counsel: Each party's position should be stated succinctly (*e.g.*, in one or two paragraphs). The purpose of the joint letter is to inform the Court of the essence of the dispute in lieu of full briefing. The Court may order full briefing and/or a hearing if necessary.

1. [Position of Party Seeking Discovery]

2. [Position of Party Opposing Discovery]

C. [Dispute No. 3]

1. [Position of Party Seeking Discovery]

2. [Position of Party Opposing Discovery]

D. [Dispute No. 4, etc.]

1. [Position of Party Seeking Discovery]

2. [Position of Party Opposing Discovery]

Sincerely,

[Plaintiff's counsel]
Attorney for Plaintiff

[Defendant's counsel]
Attorney for Defendant

United States District Court
For the Northern District of California