UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN MOTORISTS INSURANCE COMPANY, | No. C-05-5202 CW (EMC) |
| Plaintiff, | |
| v. | **ORDER RE PARTIES' JOINT LETTER OF MAY 24, 2007** |
| AMERICAN RE-INSURANCE COMPANY, | **(Docket No. 113)** |
| Defendant. | |
| _____/ | |

     On May 16, 2007, Plaintiff filed (1) an application for an order to show cause re contempt against Mr. Winkelman for refusal to appear at a Court-ordered deposition and (2) a motion for sanctions regarding Defendant's refusal to produce documents. Both papers addressed discovery disputes previously adjudicated by the Court. Defendant filed a letter that same date addressing the issues raised in the application and motion and also discussing a discovery dispute previously adjudicated by the Court. Because the parties failed to engage in a good faith meet and confer and prepare a joint letter, the Court ordered the parties to further meet and confer on the matters. The parties reported back on their meet and confer efforts by joint letter filed by May 24, 2007.

     Having reviewed the parties' joint letter, the Court hereby orders as follows.

(1)    Plaintiff's application for an order to show cause and motion for sanctions are both **DENIED** without prejudice.

(2)    Regarding Document Request No. 10, the Court notes that, as a general matter, parties are not entitled to in camera review of documents claimed to be privileged. However, as only

one document is at issue, the Court shall allow Defendant to lodge the document in camera for the Court's review.  The document shall be lodged with the Court within a week of the date of this order.

(3) The parties may submit by June 4, 2007, a joint letter, providing an update to the Court regarding Defendant's discovery requests.

This order disposes of Docket Nos. 107, 110, 111, and 113.

IT IS SO ORDERED.

Dated:  May 29, 2007

_____
EDWARD M. CHEN
United States Magistrate Judge

2