UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN MOTORISTS INSURANCE COMPANY,<br><br>    Plaintiff,<br><br>  v.<br><br>AMERICAN RE-INSURANCE COMPANY,<br><br>    Defendant.<br>_____/ | No. C-05-5202 CW (EMC)<br><br>**ORDER RE *IN CAMERA* REVIEW** |

In accordance with the Court's order of May 29, 2007, Defendant submitted for *in camera* review one document which it claimed was subject to the attorney-client and privilege. Having reviewed the document as well as the accompanying letter from counsel, the Court concludes that the attorney-client privilege is applicable. Accordingly, Defendant is not required to produce that document to Plaintiff.

IT IS SO ORDERED.

Dated: June 7, 2007

                                                        _____
                                                        EDWARD M. CHEN
                                                        United States Magistrate Judge