UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN MOTORISTS INSURANCE CO.,<br><br>　　　　Plaintiff(s),<br><br>　　v.<br><br>AMERICAN RE-INSURANCE CO.,<br><br>　　　　Defendant(s). | No. C05-5202 CW(BZ)<br><br>**ORDER SCHEDULING FURTHER SETTLEMENT DISCUSSIONS** |

**IT IS HEREBY ORDERED** as follows:

1. The parties are directed to continue discussing the consummation of the settlement consistent with the views expressed by the court during yesterday's conference.

2. If a settlement is reached and consummated, the parties shall immediately notify the court.

3. A telephone conference to discuss the status of the discussions is scheduled for **Monday, April 14, 2008 at 2:30 p.m.** Counsel for plaintiff shall get counsel for defendant on the line and call the court at 415-522-4093. The party

1

1 | principals may, need not, participate.

2 |     4.  If necessary, a further settlement conference is
3 | scheduled for **Friday, May 2, 2008 at 9:00 a.m.** in Courtroom G,
4 | 15th Floor, Federal Building, 450 Golden Gate Avenue, San
5 | Francisco, California 94102.  Mr. Orpett and Ms. Morin shall
6 | attend for plaintiffs.  Mr. Ettinger, Ms. Craig and Mr. Wendell
7 | shall attend for defendants.
8 | Dated: April 2, 2008

*/s/ Bernard Zimmerman*

Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-REFS\REFS.08\AHMADI.FURTHER.SC.wpd

2