1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                        NORTHERN DISTRICT OF CALIFORNIA

10

AMERICAN MOTORISTS INSURANCE )
11 CO.,                       )
                             )            No. C05-5202 CW(BZ)
12          Plaintiff(s),     )
                             )
13      v.                    )
                             )
14                           )          **ORDER VACATING**
                             )          **SETTLEMENT CONFERENCE**
15 AMERICAN RE-INSURANCE CO., )
                             )
16                           )
                             )
17          Defendant(s).     )
                             )
18 _____)

19      With the consent of both parties, **IT IS HEREBY ORDERED** that

20 the settlement conference scheduled for May 2, 2008 at 9:00 a.m.

21 is **VACATED**.

22 Dated: April 15, 2008

23                                    _Bernard Zimmerman_

24                                Bernard Zimmerman
                                United States Magistrate Judge

25 G:\BZALL\-REFS\REFS.08\AMICO ORDER VACATING SETT.CONF.wpd

26

27

28

                                      1