IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN MOTORISTS INSURANCE COMPANY, an Illinois corporation, as successor-in-interest to Specialty National Insurance Company, an Illinois corporation,<br><br>    Plaintiff,<br><br>  v.<br><br>AMERICAN RE-INSURANCE COMPANY, a Delaware corporation,<br><br>    Defendant.<br>_____/ | No. C 05-5202 CW<br><br>ORDER |

    On December 11, 2007, this case was referred to Magistrate Judge Zimmerman for settlement purposes.  The parties participated in settlement conferences on March 7, March 11, April 1, and April 14, 2008 and provided Judge Zimmerman with status reports on March 12, and March 24, 2008.  According to the minute order from the March 24, 2008 status report, the parties had reached a tentative settlement agreement.  It appears that the parties were not able to finalize that agreement as of the date of the last settlement conference.  The Court hereby orders that the parties return to Judge Zimmerman for a further settlement conference to be scheduled at Judge Zimmerman's convenience.

    IT IS SO ORDERED.

Dated: 4/16/08

_____
CLAUDIA WILKEN
United States District Judge