UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN MOTORISTS INSURANCE CO., <br><br> Plaintiff(s), <br><br> v. <br><br> AMERICAN RE-INSURANCE CO., <br><br> Defendant(s). | No. C05-5202 CW(BZ) <br><br> **ORDER SCHEDULING FURTHER SETTLEMENT CONFERENCE** |

Pursuant to Judge Wilken's Order dated April 16, 2008, **IT IS HEREBY ORDERED** that a further settlement conference is scheduled for **Tuesday, April 29, 2008 at 9:00 a.m.** in Courtroom G, 15th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California 94102.  Mr. Orpett and Ms. Morin shall attend for plaintiffs.  Mr. Ettinger, Ms. Craig and Mr. Wendell shall attend for defendants.

Dated: April 17, 2008

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-REFS\REFS.08\AHMADI.FURTHER.SC2.wpd

1