UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN MOTORISTS INSURANCE CO., <br><br> Plaintiff(s), <br><br> v. <br><br> AMERICAN RE-INSURANCE CO., <br><br> Defendant(s). | No. C05-5202 CW(BZ) <br><br> **ORDER VACATING SETTLEMENT CONFERENCE** |

The court having been informed that the parties have signed a settlement agreement and expect to dismiss this case within 15 days, **IT IS HEREBY ORDERED** that the settlement conference scheduled for April 29, 2008 is **VACATED**.

Dated: April 24, 2008

                                                          /s/ Bernard Zimmerman
                                                          Bernard Zimmerman
                                                          United States Magistrate Judge

G:\BZALL\-REFS\REFS.08\AMICO ORDER VACATING SETT.CONF.wpd

1